OFD (12/1/11) dcm

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

April 22, 2013

Clerk, U.S. Bankruptcy Court

BY **dcm** DEPUTY

In re
 **Cody Lee Martin**
Debtor(s)

) Case No. **13–61393–fra7**
)
) ORDER AND NOTICE
) REGARDING FILING OF
) DOCUMENT(S); AND NOTICE
) OF PROPOSED DISMISSAL
)

The bankruptcy CASE FILED on **4/19/13** has deficiencies.

14 DAYS TO FILE: The following required document(s) were not filed. You must file each listed document within 14 days of the CASE FILED date shown above.

**A SIGNED, and FULLY COMPLETED Statement of Current Monthly Income must be filed on the current Official Form applicable in this case (i.e., #B22A for Chap. 7, #B22B for Chap. 11 or #B22C for Chap. 13). [NOTES: (1) If filing #B22A in a Chap. 7, a box at the top of page one of that form MUST be checked. (2) Do NOT file with the court a copy of ANY additional documentation that supports the filed Statement and which is required to be provided to the trustee, but INSTEAD send it to the U.S. Trustee if a Chap. 7 case, or to the case trustee if a Chap. 13 case.] (Local Bankr. Rule 1007–1(c))**

14 DAYS TO FILE: Each document listed below was submitted to the court, but is STRICKEN or RETURNED for the reason(s) stated. You must correct the deficiency and refile each listed document within 14 days of the CASE FILED date shown above.

**Schedule G AND a Summary of Schedules, with a signed Unsworn Declaration to Schedules attached. (Fed. Rules Bankr. Proc. 1007 & 1008)**

**– The document(s) were electronically filed, but are missing an electronic signature in the format "/s/ (Name)" in each location a signature is required. [Local Bankr. Rule 9011–4(b)]**

**– The document(s) submitted was blank.**

**IT IS HEREBY ORDERED** that, unless otherwise provided above, this case may be DISMISSED without further notice to the debtor(s) if the deficiencies outlined above are not completely and accurately corrected AND the documents FILED within the time indicated. Each document or item filed must show each DEBTOR'S NAME and the CASE NUMBER. Any document or item required to be filed using a form must be COMPLETED using the CURRENT VERSION of the form.

**Dismissal for failure to correct the deficiencies noted above may make the debtor(s) ineligible to file another petition for 180 days after dismissal pursuant to 11 USC §109(g)(1) and/or may limit the automatic stay if another petition is filed within 1 year pursuant to 11 USC §362(c)(4).**

Clerk, U.S. Bankruptcy Court